UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

APR 23 2002

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY on behalf of the
Iowa Student Loan Liquidity Corp.

    Plaintiff

v.

NAZPAR SHOAEE

    Defendant

Civil Action No. MJG-02-CV-176

## CONSENT MOTION TO ENLARGE TIME

Plaintiff, Pennsylvania Higher Education Assistance Agency ("PHEAA") on behalf of the Iowa Student Loan Liquidity Corporation, by and through its undersigned counsel, and Defendant, Nazpar Shoaee, acting *pro se*, hereby jointly request, pursuant to Federal Rule of Civil Procedure 6(b), that the time within which the Defendant may file an answer or otherwise respond to the complaint be extended to May 24, 2002.

_____
Cynthia Raposo
GILL & SIPPEL
98 Church Street
Rockville, MD 20850
(301) 251-9200
Attorney for Pennsylvania Higher Education
  Assistance Agency on behalf of
  Iowa Student Loan Liquidity Corporation

_____
Nazpar Shoaee
Defendant, *pro se*

APR 23 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2002, I sent a copy of the foregoing Consent Motion to Enlarge Time, via first class mail, postage prepaid, to:

>Nazpar Shoaee
>4207 Mispillion Road
>Baltimore, Maryland 21236
>Defendant, acting *pro se*

Cynthia Raposo